■ BARBARA HAUG, Appellant-Respondent, v TOPS MARKETS, LLC, Respondent-Appellant. [26 NYS3d 923]—Appeal and cross appeal from an order of the Supreme Court, Monroe County (Thomas A. Stander, J.), entered September 26, 2014. The order granted in part defendant's motion for summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Whalen, P.J., Carni, DeJoseph and Troutman, JJ.

■ TONYA TIEDE, Respondent, v FRONTIER SKYDIVERS, INC., et al., Defendants, and DAYSTAR TRADING & VENTURES, LLC, Appellant. [26 NYS3d 923]—Appeal from an order of the Supreme Court, Erie County (John L. Michalski, A.J.), entered August 20, 2014. The order, insofar as appealed from, denied the motion of defendant Daystar Trading & Ventures, LLC, for summary judgment dismissing the second amended complaint against it.

Now, upon reading and filing the stipulation discontinuing appeal signed by the attorneys for the parties on January 14, 2016,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Scudder, P.J., Centra, Lindley and Whalen, JJ.